## IN THE UNITED STATES DISTRICT COURT FOR THE

### WESTERN DISTRICT OF OKLAHOMA

FILED

JUN 0 2 2026

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No. CR 26-251 JD |
| -vs- ) | |
| ) | **Violation: 18 U.S.C. § 871** |
| **HOWARD RAYMOND GIMMEY,** ) | |
| a/k/a Digital Journeyman, ) | |
| ) | |
| **Defendant.** ) | |

## I N D I C T M E N T

The Federal Grand Jury charges:

### COUNT 1
### (Threats against the President)

On or about May 5, 2026, in the Western District of Oklahoma,

-------------------------------- **HOWARD RAYMOND GIMMEY,**
**a/k/a Digital Journeyman,** -------------------------------------

knowingly, willfully, and with recklessness as to whether the communication would be viewed as a true threat of violence, made a threat to take the life of and to inflict bodily harm upon the President of the United States, specifically, posted the following on an internet social media site: "I'm going to kill the President . . . ".

All in violation of Title 18, United States Code, Section 871.

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

MATT DILLON
Assistant United States Attorney