## CRIMINAL COURTROOM MINUTE SHEET
## DETENTION HEARING

**DATE:** Jun 10, 2026                                                                 **CASE:** CR-26-251-JD

**Start Time:** 4:54          **End Time:** 5:11                              **COURTROOM:** 101

**MAGISTRATE JUDGE CHRIS M. STEPHENS**                    **COURTROOM DEPUTY ANDREA CASTER**

### UNITED STATES OF AMERICA vs.  Howard Raymond Gimmey

Defendant States true and correct name as: _____     **AGE:** _____

**Government Cnsl:** Matt Dillon                              **Defendant Cnsl:** Christy Paramo

**U.S. Probation Officer:** Jennifer Jones                                              Public Defender

☒ Defendant Appears,  custody of U.S. Marshal with Counsel          **Interpreter:** _____

☐ Defendant advised of his / her right of consular notification, _____

☐ Court inquires of Government regarding notification of victim(s) under Justice for All Act.

☒ Parties announce ready.    ☒ Parties provided with a  written Pretrial Services Report.

| WITNESSES FOR GOVERNMENT | WITNESSES FOR DEFENDANT |
|---|---|
| 1. _____ | 1. _____ |
| 2. _____ | 2. _____ |
| 3. _____ | 3. _____ |

☐ Government and Defendant make opening statement.

☒ Government withdraws request for detention and recommends defendant be released on bond with conditions per release Order.

☐ Defendant waives/reserves right to detention hearing. Waiver/Reservation of detention hearing and consent to Order of Detention pending further proceeding entered. Order of Detention entered.

☐ Defendant requests the detention hearing be postponed at this time reserving the right to request a hearing at a later date should dft's circumstances change. Defendant remanded to custody of U.S. Marshal.

    ☐ Government introduces evidence with testimony of _____ witness(es) and rests.

    ☐ Defendant introduces evidence with testimony of _____ witness(es) and rests.

    ☐ Government  ☐ Defendant rest(s) without introducing evidence.

    ☐ Government  ☐ Defendant proffer(s) evidence and rests.

    ☐ Government  ☐ Defendant make(s) closing statements.

## The Court Orders:

☐ The Court finds good cause to exceed the 3 and 5 day time limits provided by the Bail Reform Act. A detention hearing will not be held at this time based upon Defendant's circumstances. Should defendant's circumstances change, a detention hearing will be promptly held upon request of either party.

☐ Defendant detained pending trial; Detention Order to be entered. Defendant remanded to custody of U.S. Marshal.

☒ Unsecured Bond set at 5000.00 _____ with conditions per Release Order.

☐ Secured Bond set at _____ with conditions per Release Order as the Court finds that the release of the Defendant on a personal recognizance bond or unsecured appearance bond would not reasonably assure his / her appearance in court and the safety of the community.

☐ Defendant remanded to the custody of U.S. Marshal pending execution of bond.

☐ Defendant remanded to the custody of U.S. Marshal.

SR-03-2020