# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

## WILLIAM J. HOLLOWAY, JR. UNITED STATES COURTHOUSE
Located at:   200 N.W. 4th Street & Harvey, Oklahoma City, Oklahoma
Courtroom No. <u>502</u>

## CRIMINAL JURY DOCKET BEFORE THE HONORABLE JODI W. DISHMAN
### <u>BEGINS JULY 14, 2026 (EXACT DATE AND TIME TBD)</u>

### PRETRIAL CONFERENCES WILL BE HELD: <u>SET BY SEPARATE ORDER</u>

---

**<u>NOTICE TO ALL COUNSEL</u>**:

1. By separate order the parties will be notified of the designated date and time for their Pretrial Conference. The separate order setting Pretrial Conference sets deadlines for all pretrial submissions. **Counsel must carefully read and follow the order.**

2. Plea changes must be filed or presented to the Court as set forth in your separate order setting Pretrial Conference. By filing or presentment, the Court expects actual plea paperwork, not merely notice that the parties anticipate a plea change.

3. To the extent a defendant is in state custody, government counsel is responsible for issuing a Writ of Habeas Corpus Ad Prosequendum to ensure the defendant's appearance by the pretrial conference and trial date. **Counsel is advised that any writ <u>must be issued at least 10 business days prior to any conference, hearing, or trial that requires the defendant to be present.</u>** Should the case result in a plea, the Court will use the pretrial conference date for the plea hearing.

4. **<u>The Court does not invite motions to continue, and they should not be filed as a matter of course</u>**. But any motion to continue must satisfy LCrR12.1(f) and must be filed no later than your plea change deadline as set forth in your separate order setting Pretrial Conference. A waiver of speedy trial must be filed contemporaneously with any such motion. **<u>The Court will not entertain repeated motions to continue</u>**.

5. Photo identification is required for anyone entering the federal courthouse.

---

**<u>CR-25-00431-JD</u>**          United States of America          Matthew Anderson

                     v.

                     Franklin David Austin Cordrey (1)          Cesar A. Armenta
                     (Detained)                                  Judith Sarai Gallegos
                     Kristina Hope Peyton (3)                    Edward Blau

|  |  |  |
|---|---|---|
|  | (Released on Bond) | Troy Michael Norred |
| **CR-26-00063-JD** | United States of America | Matthew Anderson* |
|  | v. |  |
|  | Samuel Delgado Jimenez (1) (Detained) Oscar Jesus Aguilar (2) (Detained) | Cesar Armenta Judith Sarai Gallegos Bonnie Blumert |
| **CR-26-00167-JD** | United States of America | Jacquelyn M. Hutzell* |
|  | v. |  |
|  | Tommie Jackson (Detained) | Gary W. Wood |
| **CR-26-00217-JD** | United States of America | Mary E. Walters* |
|  | v. |  |
|  | Jadarius Leanell Burton (Detained) | Luciana Perez |
| **CR-26-00245-JD** | United States of America | Brandon T. Hale |
|  | v. |  |
|  | Rufo German Espinoza-Meza (Detained) | Thomas M. Wright |
| **CR-26-00247-JD** | United States of America | Daniel Gridley Stephanie R. Hayes |
|  | v. |  |
|  | Luke Emmett Joseph (1) (Detained) | Benjamin R. Hilfiger |
|  | Tijhae Antoine Malak Byers (2) (Detained) | Luciana Perez |
|  | Christopher James Lavernge, Jr. (3) (Detained) | Jason W. Perkins |

**CR-26-00251-JD**        United States of America        Matthew B. Dillon

v.

Howard Raymond Gimmey        Bonnie Blumert
(Detained)

*Entry of Appearance for counsel needs to be filed