IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

FILED

OCT 0 6 2026

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY __________, DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **-vs-** | ) | **No. CR-26-251-JD** |
| **HOWARD RAYMOND GIMMEY, a/k/a Digital Journeyman,** | ) | **Violations: 18 U.S.C. § 871, 18 U.S.C. § 875(c)** |
| **Defendant.** | ) | |

## SUPERSEDING INDICTMENT

The Federal Grand Jury charges:

**COUNT 1**
**(Threats against the President)**

On or about May 5, 2026, in the Western District of Oklahoma,

-------------------------------- **HOWARD RAYMOND GIMMEY,**
**a/k/a Digital Journeyman,** ------------------------------------

knowingly, willfully, and with recklessness as to whether the communication would be viewed as a true threat of violence, made a threat to take the life of and to inflict bodily harm upon the President of the United States. In particular, Defendant posted the following on an internet social media site: "I'm going to kill the President . . . ."

All in violation of Title 18, United States Code, Section 871.

**COUNT 2**
**(Communicating a Threat)**

On or about May 5, 2026, in the Western District of Oklahoma,

-------------------------------- **HOWARD RAYMOND GIMMEY,**
**a/k/a Digital Journeyman,** ----------------------------------

knowingly and with recklessness as to whether the communication would be viewed as a true threat of violence, transmitted in interstate and foreign commerce a threat to injure the person of another. In particular, Defendant posted the following on an internet social media site: "I'm going to kill the President. . . ."

All in violation of Title 18, United States Code, Section 875(c).

**<u>COUNT 3</u>**
**(Communicating a Threat)**

On or about May 5, 2026, in the Western District of Oklahoma,

-------------------------------- **HOWARD RAYMOND GIMMEY,**
**a/k/a Digital Journeyman,** ----------------------------------

knowingly and with recklessness as to whether the communication would be viewed as a true threat of violence, transmitted in interstate and foreign commerce a threat to injure the person of another. In particular, Defendant posted the following on an internet social media site:

> "I had to leave my apartment and go live in my car two Winters ago. I am planning violence. I'm going to make those who put me here pay. And it's a long list of people now and sadly every single Trump voter is now added to that list. May God have mercy on you if you voted for Trump and you cross my path because you're gonna feel some f[***]ing pain."

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

MATT DILLON
Assistant United States Attorney