**IN THE UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **-vs-** | ) | **No. CR-26-251-JD** |
| | ) | |
| **HOWARD RAYMOND GIMMEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**WAIVER OF JURY TRIAL**

I, the undersigned defendant, having been fully advised of the charges against me and of my rights in connection with the charges, do hereby waive those rights, including my right to a trial by jury, and agree to enter a plea of guilty to the court as provided by Rule 11 of the Fed. R. Crim. P.

Date: 10-23-26

HOWARD RAYMOND GIMMEY
DEFENDANT

BONNIE BLUMERT
COUNSEL FOR DEFENDANT

MATT DILLON
COUNSEL FOR GOVERNMENT

Before

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE